1 | Irving L. Berg (SBN 36273)
2 | THE BERG LAW GROUP
  | 433 Town Center, No. 493
  | Corte Madera, California 94925
3 | (415) 924-0742
  | (415) 891-8208 (Fax)
4 | irvberg@comcast.net (e-mail)

5 | ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JOANNE WAN, an individual on behalf of herself and all others similarly situated, | Case No.: C 05- 0702 SBA |
|---|---|
| Plaintiff, | **JUDGEMENT** |
| v. | |
| COMMERCIAL RECOVERY SYSTEMS, INC, ROSE SMITH, an individual, | |
| Defendants. | |

The Court having granted Defendants' motion to dismiss, and Plaintiff having stated that she does not wish to amend the Complaint and stands on the Complaint;

It is Ordered and Adjudged;

That the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 5-25-05         /s/ Saundra Brown Armstrong
                       SAUNDRA BROWN ARMSTRONG
                       United States District Judge

[PROPOSED] JUDGMENT
Case No.: C 05- 0702 SBA                     1