IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WAN, an individual on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC., et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 05-702 SBA<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED THAT Defendants' Motion for Attorneys Fees and Costs [Docket No. 20] is referred to a Magistrate Judge for a report and recommendation.

　　　IT IS FURTHER ORDERED THAT the July 26, 2005 hearing on Defendants' Motion is VACATED.

　　　IT IS SO ORDERED.

Dated: 6-21-05　　　　　　　　　　　　　　　/s/ Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge