IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WAN, an individual on behalf of herself and all others similarly situated, | No. C 05-702 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 20, 33] |
| COMMERCIAL RECOVERY SYSTEMS, INC., ROSE SMITH, an individual, | |
| Defendants. | |

This matter comes before the Court on the Motion for Attorneys' Fees and Costs ("Motion") brought by Defendants Commercial Recovery Systems, Inc. and Rose Smith ("Defendants").

On June 21, 2005, this Court referred Defendants' Motion to Magistrate Judge Zimmerman for a report and recommendation. On August 25, 2005, Magistrate Judge Zimmerman issued his Report and Recommendation re Defendants' Motion [Docket No. 33]. Pursuant to Federal Rule of Civil Procedure 72(a), "[w]ithin 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made." Fed. R. Civ. P. 72(a). The ten-day period for filing any objections has elapsed and none of the parties have filed any objections to the report.

Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Zimmerman's Report and Recommendation re Defendants' Motion for Attorneys' Fees and Costs.

Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Zimmerman's Report and Recommendation

1  re Defendants' Motion for Attorneys' Fees and Costs [Docket No. 33] is ADOPTED.

2  IT IS FURTHER ORDERED THAT Defendants' Motion for Attorneys' Fees and Costs [Docket
3  No. 20] is DENIED.

4  IT IS SO ORDERED.

6  Dated: 1/17/06

SAUNDRA BROWN ARMSTRONG
United States District Judge